DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARRY AUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0932

[August 27, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 05-017581CF10A.

Harry Austin, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* 411 So. 3d 392 (Fla. 2025), (holding that even if Erlinger v. United States, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

KUNTZ, C.J., MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***